DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUSTIN HALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3570

[October 20, 2022]

Appeal of order denying rule 3.850 from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 13-15811CF10A.

Justin Hall, Wewahitchka, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***